

April 30, 2024

**VIA ECF**

Hon. Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
Courtroom 26A
500 Pearl St.
New York, NY 10007-1312
WoodNYSDChambers@nysd.uscourts.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/24
```

**MEMO ENDORSED**

Re:   *United States of America v. Tenzin Norbu*,
      No. 1:24-CR-00159-KMW

Dear Judge Wood,

We write pursuant to the Court's minute entry order dated March 5, 2024 (ECF No. 11), and the Order entered that same day (ECF No. 13).

We respectfully request that Mr. Norbu's bail conditions be modified to expand the permitted areas of travel to include New Jersey and the Northern District of New York. This modification would allow Mr. Norbu to visit two Buddhist temples for his religious fulfillment. The two temples and corresponding addresses are as follows:  **Granted**

Dharmakaya Center for Wellbeing
191 Cragsmoor Rd
Pine Bush, NY 12566

Tsechen Kunchab Ling
12 Edmunds Ln
Walden, NY 12586

All other conditions for Mr. Norbu's bail, including electronic monitoring, would remain the same. This request was discussed with Mr. Norbu's Pre-Trial Services Officer, and Pre-Trial Services consents to this modification. The Government does not oppose this modification.

Respectfully submitted,

*/s/ John T. Zach*
John T. Zach
Virginia Su

cc:   Benjamin M. Burkett (Benjamin.Burkett@usdoj.gov)
      Getzel Berger (Getzel.Berger@usdoj.gov)

**SO ORDERED:** N.Y., N.Y. 4/30/24

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com