UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

TENZIN NORBU,

                             Defendant.
-------------------------------------------------------------------x

**ORDER**
24 CR 159 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/24

KIMBA M. WOOD, District Judge:

The conference in the above-captioned case, currently scheduled for June 26, 2024, is adjourned to July 10, 2024, at 10:30 a.m.

SO ORDERED.

Dated: New York, New York
         June 5, 2024

                                               /s/ Kimba M. Wood
                                               KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE