UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against                                        **ORDER**
                                                     24 CR 159 (KMW)

TENZIN NORBU,

                                Defendant.

----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

       The conference currently scheduled for July 10, 2024, is adjourned to Wednesday, July

17, 2024, at 10:00 a.m.

       SO ORDERED.

Dated: New York, New York
       July 9, 2024

                                  KIMBA M. WOOD
                       UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/24