UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

TENZIN NORBU,

                       Defendant.
-------------------------------------------------------------------x

**ORDER**
24 CR 159 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/25

KIMBA M. WOOD, District Judge:

    The conference currently scheduled for February 12, 2025 is adjourned to Wednesday, March 12, 2025, at 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
       February 3, 2025

                                                        KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE