**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/25

February 3, 2025

MEMO ENDORSED

**BY ECF**
The Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    ***United States v. Tenzin Norbu*, 24 Cr. 159 (KMW)**

Dear Judge Wood:

    The Government writes to respectfully request an exclusion of time under the Speedy Trial Act through March 12, 2025, the date of the next status conference scheduled in the above-referenced matter. The Court previously excluded time through February 12, 2025—the previously scheduled status conference date. (Dkt. 36). Earlier today, that status conference was adjourned to March 12, 2025. John T. Zach, Esq., counsel for the defendant, Tenzin Norbu, consented to this request in writing on January 30, 2025.

    Accordingly, the Government requests that the Court enter an order, pursuant to 18 U.S.C. § 3161(h)(7)(A), excluding time through March 12, 2025, on the basis that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial insofar as the exclusion would, among other things, permit the parties to continue discussing a possible pretrial resolution of this matter and, in the event no such resolution is achieved, to prepare for trial.

*Granted*

*Time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), through March 12, 2025.*

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney for the
Southern District of New York

By: *Benjamin M. Burkett*
    Benjamin M. Burkett
    Getzel Berger
    Assistant United States Attorneys
    (212) 637-2455 / 1061

cc:    John T. Zach, Esq.

SO ORDERED: N.Y., N.Y. 2/4/25

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.