**BSF** | BOIES SCHILLER FLEXNER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/25

March 10, 2025

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Norbu*, 24 Cr. 159 (KMW)

Dear Judge Wood:

We represent Tenzin Norbu in the above-referenced matter. We write on behalf of Mr. Norbu, with the consent of the Government, to respectfully request a 30-day adjournment of the status conference currently scheduled for Wednesday, March 12, 2025, at 10:30 am. The requested adjournment would permit defense counsel additional time to continue ongoing discussions with the Government relating to a disposition in this matter and other issues. This is the first request for an adjournment of the scheduled conference.

If the request to adjourn the March 12, 2025 conference is granted, defense counsel consents to the exclusion of time under the Speedy Trial Act. We thank the Court for its consideration of this request.

*The conference is adjourned to April 16, 2025, at 11:30 a.m. Time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), to April 16, 2025.*

Respectfully submitted,

/s/ John T. Zach
John T. Zach
Sophie Roytblat
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York, 10001
(212) 446-2300
jzach@bsfllp.com

cc:  all counsel of record (*via* ECF)

SO ORDERED: N.Y., N.Y.  3/11/25

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

1