

April 29, 2025

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/25

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Norbu*, 24 Cr. 159 (KMW)

Dear Judge Wood:

We represent Tenzin Norbu in the above-referenced matter. We write on behalf of Mr. Norbu, with the consent of the Government, to respectfully request that the control date currently scheduled for Wednesday, April 29, 2025, be adjourned until May 9, 2025. The parties have been working to finalize a disposition in this matter—including having met in person this week. We are confident that we will be able to conduct a change of plea hearing in Magistrates' Court prior to the proposed control date. This is the third request for an adjournment of the scheduled conference.

If the request to adjourn is granted, defense counsel consents to the exclusion of time under the Speedy Trial Act. We thank the Court for its consideration of this request.

The control date is adjourned to May 9, 2025.
Time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), through May 9, 2025.

Respectfully submitted,

/s/ John T. Zach
John T. Zach
Sophie Roytblat
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York, 10001
(212) 446-2300
jzach@bsfllp.com

cc: all counsel of record (*via* ECF)

SO ORDERED: N.Y., N.Y.  4/30/25

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

1