USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

TENZIN NORBU,

                                  Defendant.

**ORDER**

24 Cr. 159 (KMW)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Stewart D. Aaron on May 6, 2025;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
        May 13    , 2025

_____
HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK