

August 14, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/15/25
```

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Norbu*, 24 Cr. 159 (KMW)

Dear Judge Wood:

We represent Tenzin Norbu in the above-referenced matter. We write on behalf of Mr. Norbu to respectfully request that the sentencing hearing currently scheduled for Wednesday, September 10, 2025, at 11:30 am be adjourned until after October 10, 2025, because of a conflicting trial obligation I have that week and in early October. The Government has no objection.

We thank the Court for its consideration of this request.

*The sentencing is adjourned to October 15, 2025, at 11:00 a.m.*

Respectfully submitted,

/s/ John T. Zach
John T. Zach
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York, 10001
(212) 446-2300
jzach@bsfllp.com

cc:  all counsel of record (*via* ECF)

**SO ORDERED:  N.Y., N.Y.  8/15/25**

_____
KIMBA M. WOOD
U.S.D.J.

1