

September 11, 2025

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/25
```

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Norbu*, 24 Cr. 159 (KMW)

Dear Judge Wood:

We represent Tenzin Norbu in the above-referenced matter. We write to respectfully request that the *Curcio* hearing, currently scheduled for Wednesday, September 24, 2025, at 11:30 am, be rescheduled due to conflicting travel and trial obligations of defense counsel. We have conferred with the Government and with Mr. Norbu, and all parties are available on the following dates:

> Friday September 12
> Monday September 15
> Tuesday September 16 (before 1:30 pm)
> Thursday September 18
> Friday September 19
> Monday October 6
> Wednesday October 8
> Thursday October 9
> Friday October 10
> Tuesday October 14
> Wednesday October 15

We apologize for the inconvenience and thank the Court for its consideration of this request.

*The Court will hold the Curcio hearing immediately before sentencing on October 15, 2025, beginning at 10:45 a.m. Defendant's sentencing submission is due to the Court by October 1. Government submission is due by October 8.*

Respectfully submitted,

/s/ *John T. Zach*
John T. Zach
Anoush Baghdassarian
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York, 10001
(212) 446-2300
jzach@bsfllp.com

SO ORDERED: N.Y., N.Y.

*Kimba M. Wood* 9/16/25

KIMBA M. WOOD
U.S.D.J.

cc:  all counsel of record (*via* ECF)

1