

**BSF** | BOIES SCHILLER FLEXNER

November 26, 2025

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/25
```

**VIA ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Norbu*, 24 Cr. 159 (KMW)**     **MEMO ENDORSED**

Dear Judge Wood:

We represent Tenzin Norbu in the above-referenced matter.  We write to respectfully request that Mr. Norbu's surrender date be extended by thirty days because a facility for his surrender has not yet been designated. Mr. Norbu's surrender date is currently set for December 3, 2025.

We thank the Court for its consideration of this request.

*The surrender date is adjourned to January 5, 2026.*

Respectfully submitted,

*/s/ John T. Zach*
John T. Zach
Anoush Baghdassarian
Boies Schiller Flexner LLP
55 Hudson Yards
New York, New York, 10001
(212) 446-2300
jzach@bsfllp.com

cc:    all counsel of record (*via* ECF)

**SO ORDERED:  N.Y., N.Y.**  *12/1/25*

_____
**KIMBA M. WOOD**
**U.S.D.J.**

1